1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8  BARRINGTON HENDERSON,                   )
                                           )
9                    Plaintiff,            )        Case No. 2:15-cv-01453-JAD-GWF
                                           )
10  vs.                                    )        **ORDER**
                                           )
11  WAL-MART STORES, INC.,                 )
                                           )
12                   Defendant.            )
   _____)

13

14         This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes

15  of the Court dated July 30, 2015, required the parties to file a Joint Status Report no later than

16  September 1, 2015.  To date the parties have not complied.  Accordingly,

17         **IT IS ORDERED** counsel for the parties shall file a Joint Status Report which fully complies

18  with the Minutes of the Court no later than **September 21, 2015**.  Failure to comply may result in the

19  issuance of an order to show cause why sanctions should not be imposed.

20         DATED this 9th day of September, 2015.

21

22                                                 _____
                                                   GEORGE FOLEY, JR.
23                                                 United States Magistrate Judge

24
25
26
27
28