# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BARRINGTON HENDERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>WAL-MART STORES, INC.,<br><br>    Defendant. | Case No. 2:15-cv-01453-JAD-GWF<br><br>**ORDER** |

  This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order.  Counsel for Defendant removed this matter to federal court on July 29, 2015.  Defendant filed its Answer (#2) on July 29, 2015.  Pursuant to LR 26-1, the parties were required to meet and/or confer as required by Fed. R. Civ. P. 26(f) within 30 days after the first defendant answered or otherwise appeared, and 14 days thereafter to file a mandatory stipulated discovery plan and scheduling order.  To date, the parties have not complied.  Accordingly,

  **IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **September 28, 2015** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada.

  DATED this 17th day of September, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge